# DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
## FOURTH DISTRICT

**PEPPY MARTIN,**
Appellant,

v.

**MARCELO SARMIENTO, PALM BEACH COUNTY SHERIFF**
and **TRI-COUNTY HUMANE SOCIETY,**
Appellees.

No. 4D18-3098

[March 28, 2019]

Appeal from the Circuit Court for the Fifteenth Judicial Circuit, Palm Beach County; David E. French, Judge; L.T. Case No. 50-2018-CA-007937.

Peppy Martin, Delray Beach, pro se.

Carri S. Leininger of Williams, Leininger & Cosby, P.A., North Palm Beach, for appellee Palm Beach County Sheriff.

PER CURIAM.

*Affirmed.*

DAMOORGIAN, CONNER and FORST, JJ., concur.

\*        \*        \*

***Not final until disposition of timely filed motion for rehearing.***